**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

Chadwick Sheets, individually and on behalf of all others similarly situated, )
)
)
Plaintiff, )
)
v. )  No. 1:20-cv-01024-JPH-TAB
)
Mid-Minnesota Management Services, )
d/b/a Collection Resources, a )
Minnesota corporation, )
)
Defendant. )

> The Court acknowledges the Notice of Voluntary Dismissal with Prejudice, dkt. 10.
> JPH, 8/12/2020
> Distribution via ECF.

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of his individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated: August 11, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com